UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20136-SCOLA

UNITED STATES OF AMERICA

vs.

KENBRELL ARMOD THOMPKINS,

        Defendant.
_____/

## FACTUAL PROFFER

The United States of America (the "United States"), KENBRELL ARMOD THOMPKINS (the "Defendant"), and his undersigned counsel agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida and elsewhere:

1. The federal government provides unemployment insurance ("UI") benefits for qualified people who are unable to work. State employment offices administer the UI system for the federal government. In California, the agency responsible for oversight of the state's UI system is the Employment Development Department ("EDD"). In March 2020, through the CARES Act, the federal government provided substantial UI funds to the states to help the American people during the economic crisis caused by the COVID-19 pandemic. For the times relevant to this case, the California EDD disbursed UI benefits primarily by issuing pre-paid Bank of America ("BofA") debit cards, to provide easily accessible UI assistance to eligible California UI claimants.

2. From at least in or around May 2020 through on or about January 19, 2021, the Defendant resided in an apartment in Aventura, Florida (the "Aventura Apartment"), but also stayed at and used his mother's home in Miami, Florida (the "Miami Residence").

3. On or about August 16, 2020, the personal identifying information ("PII") of victim W.S., including his Social Security Number ("SSN"), was used to fraudulently file for California UI benefits through the EDD. This occurred unbeknownst to W.S., who later told law enforcement that he was a Florida resident, that he did not know the Defendant, and that he never authorized the Defendant to use or possess his SSN. Nevertheless, the California EDD approved that fraudulent BofA EDD debit card issued in the name of W.S., which was mailed to the Defendant's Miami Residence.

4. The subsequent law enforcement investigation revealed that, apart from W.S., there were a number of other fraudulent EDD accounts opened in the name of additional victims with EDD debit cards mailed to the Aventura Apartment or the Miami Address.

5. In addition, based on surveillance footage of ATM withdrawals corresponding to the victims' fraudulent EDD debit cards, law enforcement obtained visual evidence of the Defendant withdrawing funds from those fraudulent EDD debit cards at various BofA locations. On at least five occasions, from on or about August 28, 2020 through on or about September 25, 2020, the Defendant was captured on surveillance footage withdrawing a total of approximately $4,860 from the fraudulent EDD cards issued in the names of victims, including W.S.

6. Based on that evidence, law enforcement obtained a search warrant and searched the Defendant's Aventura Apartment on or about January 19, 2021. In his bedroom, law enforcement found official EDD mailings (statements and letters), also addressed to the Aventura Apartment or the Miami Residence, issued to several of the known victims, including W.S. Law enforcement also found handwritten notes containing the names, birth dates, and SSNs for several victims, including W.S. In total, between the ATM surveillance footage and the aforementioned

items found in the Aventura Apartment, law enforcement identified over ten (10) victims.

7. Further, as set forth above, the Defendant was in possession of W.S.'s SSN in connection with his UI fraud. This was despite the fact that W.S. did not know the Defendant and never authorized him to possess or use his SSN. A review of the Defendant's cellular phone also revealed chats referencing internet tutorials for the application of UI benefits in states outside of Florida.

8. The parties agree that Defendant's conduct was in and affecting interstate commerce, specifically, but not limited to, the aforementioned involvement of and effect of this fraud scheme on the California EDD.

9. The parties further agree that these facts, which do not include all facts known to the United States and the Defendant, are sufficient to prove Counts 1 and 3 of the Indictment beyond a reasonable doubt.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 10/18/2021    By: _____
                         EDUARDO GARDEA, JR.
                         ASSISTANT UNITED STATES ATTORNEY

Date: 10/13/21      By: _____
                         DANIEL ECARIUS, ESQ.
                         ATTORNEY FOR DEFENDANT

Date: 10/13/21      By: _____
                         KENBRELL ARMOD THOMPKINS
                         DEFENDANT